In the Matter of the Application of JEREMIAH DENNEHY and Others against JAMES E. FINEGAN, President and Others, Commissioners, Constituting the Municipal Civil Service Commission for the City of New York and Others— Motion for reargument or for leave to appeal to the Court of Appeals denied.

Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.